MN-305
(10/00)

189669

Rung 12/9/09
KLH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Matthew P. Vandergon & Lisa L. Vandergon

Chapter 7 Case No. 09-40928

RECEIVED 09 DEC -9 PM 1:53 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

Please Check One:

☒ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| City of Anoka | 3 | | $0.66 |
| Blomquist Law Firm | 4 | | 4.74 |
| City County Federal Credit Union | 10 | | 0.84 |
| PYOD LLC | 11 | | 4.34 |
| PYOD LLC | 12 | | 3.03 |
| TOTAL | | | $13.61 |

Date: December 7, 2009

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871   #63538